AGNES K. MURPHY MULLIGAN, Respondent, *v.* LOUISE M. H. CANNON, Executrix of NEWTON CANNON, Deceased, Appellant.

(Submitted May 11, 1897; decided June 8, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1896, which affirmed a judgment in favor of the plaintiff entered upon the report or a referee.

*Ernest Hall* for appellant.

*Mortimer C. Addoms* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

THOMAS T. TABER et al., as Executors of STEPHEN TABER, Deceased, Respondents, *v.* MARTHA T. WILLETS, Appellant.

*Taber* v. *Willets*, 1 App. Div. 285, affirmed.
(Argued May 11, 1897; decided June 8, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 10, 1896, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Alfred A. Gardner* for appellant.

*George M. Baker* for respondents.

Judgment affirmed on opinion below, with costs.
All concur.